# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

11/29/10

$1.77
#7726
11/30/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York  14614

    Re:    BINSACK, SCOTT F.    /Case # 09-22013
            Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $1.77. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  ESL Federal Credit Union    Amount $  1.77  Claim Register #  5

                                     _____
                                     DOUGLAS J. LUSTIG
                                   Trustee



FILED
NOV 3 0 2010
BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdog.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP